**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ISAIAH POTTER,** *INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*,<br><br>    Plaintiff,<br><br>    *v.*<br><br>**VERRICA PHARMACEUTICALS, INC.,** et al.,<br><br>    Defendant. | **CIVIL ACTION**<br><br>**NO. 20-3447-KSM** |

**ORDER**

**AND NOW**, this 31st day of August, 2020, upon consideration of the parties' Stipulation and Proposed Order Regarding Time to Move, Plead, or Otherwise Respond to the Complaint,  it is **ORDERED** that:

1.    The parties' Stipulation, which is attached to this Order, is **APPROVED.**

2.     Within **14 days** of the entry of an order appointing Lead Plaintiff and Lead Counsel, Lead Counsel and counsel for Defendants shall submit a proposed schedule to the Court addressing deadlines for the filing of an amended complaint, Defendants' response(s) to the amended complaint, and all briefing associated with any motion(s) to dismiss filed by Defendants.

3.     The Rule 16 conference will be deferred until after the Court rules on any motion(s) to dismiss filed by the Defendants.

**IT IS SO ORDERED.**

/s/**KAREN SPENCER MARSTON**

_____
KAREN SPENCER MARSTON, J.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ISAIAH POTTER, Individually and On Behalf of All Other Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VERRICA PHARMACEUTICALS, INC., TED WHITE, and BRIAN DAVIS,<br><br>　　　　　Defendants. | No. 2:20-cv-03447-KSM |

**STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO MOVE, PLEAD, OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiff Isaiah Potter and defendants Verrica Pharmaceuticals Inc., Ted White, and Brian Davis (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation:

WHEREAS, on July 14, 2020, Plaintiff filed the above-captioned securities fraud class action asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b) and 78t(a), and SEC Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5 (ECF No. 1) (the "Complaint");

WHEREAS, on July 24, 2020, Defendant Verrica Pharmaceuticals, Inc. was served with the Complaint;

WHEREAS, counsel for Defendants hereby accept service of the summons and Complaint on behalf of Defendants Ted White and Brian Davis, without waiving any defenses, except as to sufficiency of service of process;

WHEREAS, pursuant to the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3), any member of the putative class in this action may seek appointment as Lead Plaintiff on or before September 14, 2020;

1

WHEREAS, the Parties expect that after the Court appoints a Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(b), the Lead Plaintiff will file an Amended Complaint that will supersede the Complaint;

WHEREAS, Defendants anticipate filing a motion to dismiss an Amended Complaint;

WHEREAS, under the PSLRA, discovery is automatically stayed pending resolution of any motion to dismiss;

WHEREAS, this Stipulation and Order is without prejudice to, or waiver of, any rights, arguments, or defenses otherwise available to the Parties;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the undersigned counsel for the respective Parties, subject to approval of the Court, that:

1. Defendants are not required to respond to Plaintiff's Complaint.

2. Within fourteen (14) days of the entry of an order appointing Lead Plaintiff and Lead Counsel, Lead Counsel and counsel for Defendants shall submit a proposed schedule to the Court addressing deadlines for the filing of an Amended Complaint, Defendants' response(s) thereto, and all briefing associated with any motion(s) to dismiss filed by Defendants.

3. The Rule 16 conference will be deferred until after the resolution of any motion(s) to dismiss filed by Defendants, as necessary.

Dated:  August 13, 2020                          Respectfully submitted,

| By: /s/ *Lee Albert* | By: /s/ *Michael L. Kichline* |
|---|---|
| **GLANCY PRONGAY & MURRAY LLP**<br>Lee Albert (PA ID# 046852)<br>230 Park Avenue, Suite 530<br>New York, NY 10169<br>Telephone: (212) 682-5340<br>Facsimile: (212) 884-0988<br>lalbert@glancylaw.com<br><br>**GLANCY PRONGAY & MURRAY LLP**<br>Robert V. Prongay<br>Charles H. Linehan<br>Pavithra Rajesh<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br><br>**THE LAW OFFICES OF FRANK R. CRUZ**<br>Frank R. Cruz<br>1999 Avenue of the Stars, Suite 1100<br>Los Angeles, CA 90067<br>Telephone: (310) 914-5007<br><br>*Attorneys for Plaintiff Isaiah Potter* | **DECHERT LLP**<br>Michael L. Kichline<br>Carla G. Graff<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Telephone: (215) 994-2439<br>Facsimile: (215) 994-2222<br>michael.kichline@dechert.com<br>carla.graff@dechert.com<br><br>**COOLEY LLP**<br>Luke T. Cadigan<br>Elizabeth M. Wright<br>500 Boylston Street<br>Boston, MA 02116-3736<br>Telephone: (617) 937-2300<br>Facsimile: (617) 937-2400<br>lcadigan@cooley.com<br>ewright@cooley.com<br><br>**COOLEY LLP**<br>Sarah M. Lightdale<br>Brian M. French<br>55 Hudson Yards<br>New York, NY 10001-2157<br>Telephone: (212) 479-6000<br>Facsimile: (212) 479-6275<br>slightdale@cooley.com<br>bfrench@cooley.com<br><br>*Attorneys for Defendants Verrica Pharmaceuticals, Inc., Ted White, and Brian Davis* |

**IT IS SO ORDERED.**

Dated:

_____
HON. KAREN S. MARSTON
UNITED STATES DISTRICT JUDGE

4