UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISAIAH POTTER, Individually and On Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERRICA PHARMACEUTICALS, INC., TED WHITE, and BRIAN DAVIS,<br><br>Defendants. | No. 2:20-cv-03447-JHS |

**STIPULATION AND ORDER REGARDING DISMISSAL**

Lead Plaintiff Isaiah Potter ("Plaintiff") and defendants Verrica Pharmaceuticals Inc., Ted White, and Brian Davis (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation:

WHEREAS, on July 14, 2020, Plaintiff filed the above-captioned securities fraud class action asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b) and 78t(a), and SEC Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5 (ECF No. 1) (the "Complaint");

WHEREAS, on August 31, 2020, the Court ordered the Parties to submit a proposed schedule addressing deadlines for the filing of an amended complaint and Defendants' response(s) to the amended complaint within 14 days of the entry of an order appointing Lead Plaintiff and Lead Counsel (ECF No. 9);

WHEREAS, on October 13, 2020, the Court granted Plaintiff's Motion for Appointment of Lead Plaintiff and Lead Counsel (ECF No. 15);

WHEREAS, on October 29, 2020, the Parties submitted the Stipulation and Order Regarding Time to Move, Plead or Otherwise Respond to Complaint ("Scheduling Stipulation") setting forth proposed deadlines for the Plaintiff to file an amended complaint and for the

Parties' anticipated motion to dismiss briefing thereon (ECF No. 16);

WHEREAS, the Court approved the Scheduling Stipulation on the same day ("Scheduling Order") (ECF No. 16);

WHEREAS, the deadline to file Plaintiff's amended complaint is December 14, 2020 pursuant to the Scheduling Order, but Plaintiff has decided to voluntarily dismiss the above-captioned action pursuant to Federal Rule of Civil Procedure 41;

WHEREAS, the Parties have agreed that each party shall bear its own costs and attorneys' fees and that no party asserts that any of the Parties or their respective counsel have at any time failed to comply with Rule 11 of the Federal Rules of Civil Procedure; and

WHEREAS, the Parties have not exchanged monetary consideration or agreed to any terms other than what are set forth in this document in connection with this voluntary dismissal.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the undersigned counsel for the respective Parties, subject to approval of the Court, that:

1. The above-captioned action is dismissed with prejudice as to Plaintiff and without prejudice as to unnamed class members; and

2. Each party shall bear its own costs and attorneys' fees.

Dated: December 14, 2020                                  Respectfully submitted,

| By: */s/ Lee Albert* | By: */s/ Michael L. Kichline* |
|---|---|
| **GLANCY PRONGAY & MURRAY LLP**<br>Lee Albert (PA ID# 046852)<br>230 Park Avenue, Suite 530<br>New York, NY 10169<br>Telephone: (212) 682-5340<br>Facsimile: (212) 884-0988<br>lalbert@glancylaw.com | **MORGAN, LEWIS & BOCKIUS LLP**<br>Michael L. Kichline<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-5366<br>Facsimile: (215) 963-5001<br>michael.kichline@morganlewis.com |

645135.1

| | |
|---|---|
| **GLANCY PRONGAY & MURRAY LLP**<br>Robert V. Prongay<br>Kara Wolke (admitted *pro hac vice*)<br>Jennifer Leinbach (admitted *pro hac vice*)<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br><br>**THE LAW OFFICES OF FRANK R. CRUZ**<br>Frank R. Cruz<br>1999 Avenue of the Stars, Suite 1100<br>Los Angeles, CA 90067<br>Telephone: (310) 914-5007<br><br>*Attorneys for Plaintiff Isaiah Potter* | **COOLEY LLP**<br>Luke T. Cadigan<br>Elizabeth M. Wright<br>500 Boylston Street<br>Boston, MA 02116-3736<br>Telephone: (617) 937-2300<br>Facsimile: (617) 937-2400<br>lcadigan@cooley.com<br>ewright@cooley.com<br><br>**COOLEY LLP**<br>Sarah M. Lightdale<br>Brian M. French<br>55 Hudson Yards<br>New York, NY 10001-2157<br>Telephone: (212) 479-6000<br>Facsimile: (212) 479-6275<br>slightdale@cooley.com<br>bfrench@cooley.com<br><br>*Attorneys for Defendants Verrica Pharmaceuticals, Inc., Ted White, and Brian Davis* |

645135.1

**IT IS SO ORDERED.**

Dated: 12/15/2020

/s/Joel H. Slomsky, J.

HON. JOEL H. SLOMSKY
UNITED STATES DISTRICT JUDGE

645135.1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On December 14, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of Pennsylvania, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 14, 2020.


                                              *s/ Lee Albert*
                                              Lee Albert